Decisions on Petitions for Writs of Certiorari.

No. 488. Albert G. Ropes, etc., Petitioner, v. Clyde Steamship Company et al. November 17, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry W. Goodrich* for the petitioner. *Mr. Henry Galbraith Ward* for the respondents.

No. 496. Phenix Insurance Company of Brooklyn, N. Y., Petitioner, v. Simeon F. Leonard. November 17, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. D. J. Schuyler* for the petitioner. *Mr. Henry W. Magee* and *Mr. Myron H. Beach* for the respondent.

No. 497. Orient Insurance Company of Hartford, Conn., Petitioner, v. Simeon F. Leonard. November 17, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. D. J. Schuyler* for the petitioner. *Mr. Henry W. Magee* and *Mr. Myron H. Beach* for the respondent.

No. 500. Belleville and Southern Illinois Railroad Company, Petitioner, v. Citizens' Savings and Loan Association et al. November 17, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles W. Thomas* for the petitioner. *Mr. Edward Cunningham, Jr.,* for the respondents.

No. 508. Christopher C. Crabb et al., Petitioners, v. John Jay Harvey Williams. December 1, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. T. A. Moran* and *Mr. Levy Mayer* for the petitioners. *Mr. Frank Crozier* for the respondent.